[No. 64852-7-I. Division One. March 28, 2011.]

PAUL BRECHT, *Appellant*, v. FISHER COMMUNICATIONS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-20437-3, Michael J. Trickey, J., entered December 29, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, C.J., and Leach, J.

[No. 64856-0-I. Division One. March 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIKAFAR ADAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07663-2, Ronald Kessler, J., entered January 13, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ.

[No. 64918-3-I. Division One. March 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JON DUAINE LALUM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03524-1, James D. Cayce, J., entered January 25, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Spearman, JJ.

[No. 65313-0-I. Division One. March 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD LEE HAYWOOD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04002-4, Michael Hayden, J., entered April 14, 2010. *Remanded* by unpublished per curiam opinion.